Sean D. White (Bar No. 137200)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
P.O. Box 8035
Walnut Creek, CA  94596
Telephone:   (925) 930-6600
Facsimile:   (925) 930-6620

Attorneys for Plaintiff
THE INSURANCE CORPORATION OF NEW YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE CORPORATION OF NEW YORK,<br><br>               Plaintiff,<br><br>     v.<br><br>FOOD SERVICE INSURANCE MANAGERS, DWIGHT HALVORSON INSURANCE SERVICES, INC., and DWIGHT HALVORSON,<br><br>               Defendants. | No. CIV.S-04-1166 MCE GGH<br><br>**STIPULATION TO CONTINUE CUT-OFF DATE FOR NON-EXPERT DISCOVERY; ORDER THEREON** |
| AND RELATED CROSS-ACTION. | |

This Stipulation is entered into by Plaintiff and Counterclaim-defendant THE INSURANCE CORPORATION OF NEW YORK ("INSCORP") and Defendant and Counterclaimant FOOD SERVICE INSURANCE MANAGERS ("FSIM"), and Defendants DWIGHT HALVORSON INSURANCE SERVICES, INC. ("DHIS") and DWIGHT HALVORSON ("Halvorson") through their respective counsel of record.

///

///

///

///

# **RECITALS**

1. On August 24, 2004, the parties filed their Joint Status Report and FRCP 26(F) Discovery Plan with the Court in the above-captioned matter. In that Report, plaintiff requested a discovery cut-off date for non-expert discovery of April 20, 2005. Defendants requested a discovery cut-off date for non-expert discovery of June 20, 2005.

2. On September 21, 2004, the Court its Pretrial (Status) Scheduling Order in this matter. In the Scheduling Order, the Court ordered that all non-expert be completed by May 23, 2005.

3. INSCORP and FSIM have each propounded written discovery on each other. INSCORP has responded to the written discovery propounded by FSIM. FSIM has responded to the written discovery propounded by INSCORP. Issues remain between INSCORP and FSIM regarding the sufficiency of the discovery responses. FSIM and INSCORP have been and continue to engage in discussions in an effort to resolve these discovery disputes.

4. On December 28, 2004, FSIM noticed the following depositions: Bob Holland of R. Holland & Associates; Deborah Duarte of INSCORP; the person most knowledgeable at Smart & Associates; and Andrea O'Hagan.

5. The depositions noticed by FSIM were continued by agreement of the parties so that the parties could participate in a dialogue to discuss the potential resolution of this matter.

6. On January 25, 2005, INSCORP'S counsel of record at the time, Michael Levin of Barger & Wolen, wrote to FSIM's counsel Robert Franceschi to outline a proposal for a settlement of this matter. That proposal called for, among other things, an accounting of the subject insurance program.

7. On February 11, 2005, Robert Franceschi counsel for FSIM wrote to INSCORP's current counsel to advise that FSIM is willing to discuss the items set forth in INSCORP's settlement proposal, provided that INSCORP is willing to consider the matters raised by FSIM's counterclaims. INSCORP'S counsel advised Mr. Franceschi that INSCORP is willing to address FSIM's counterclaims in any settlement negotiations between the parties.

///

8. Counsel for the parties discussed the structure for the settlement discussions, such as using the Court's voluntary mediation program or participating in a mediation with a mutually agreeable mediator.

9. The parties, through their counsel, continue to discuss the potential framework for a resolution of this matter as well as the most appropriate vehicle for reaching a resolution (i.e., mediation, an accounting with subsequent arbitration, etc.).

10. The parties desire to continue to engage in discussions regarding a potential framework for resolving this matter short of trial.

11. The parties also recognize the need to continue with non-expert discovery at this point. However, the parties will need a short continuance of the non-expert discovery cut-off date to complete that discovery.

WHEREFORE, the parties stipulate and agree to the following:

1. That the date for completion of all non-expert discovery be continued from May 23, 2005 to June 23, 2005.

DATED: May __, 2005                ARCHER NORRIS

                                   By_____/S/_____
                                      Sean D. White
                                      Attorneys for Plaintiff and Counterclaim
                                      Defendant THE INSURANCE
                                      CORPORATION OF NEW YORK

DATED: May __, 2005                PORTER SCOTT WEIBERG & DELEHANT

                                   By_____/S/_____
                                      Carl J. Calnero
                                      Attorneys for Defendant FOOD SERVICE
                                      INSURANCE MANAGERS

DATED: May __, 2005                LAW OFFICES OF ROBERT J. FRANCESCHI

                                   By_____/S/_____
                                      Robert J. Franceschi
                                      Attorneys for Counterclaimant FOOD
                                      SERVICE INSURANCE MANAGERS

|   |   |
|---|---|
|   | CORPORATION OF NEW YORK |
| DATED:  May __, 2005 | LEWIS BRISBOIS BISGAARD & SMITH |
|   | By_____/S/_____ |
|   | Thomas D. Nielsen |
|   | Attorneys for Defendants DWIGHT HALVORSON INSURANCE SERVICES, INC. and DWIGHT HALVORSON |

**ORDER**

Good cause appearing therefor:

IT IS HEREBY ORDERED THAT the date by which the parties must complete all non-expert discovery, pursuant to this Court's Pretrial (Status) Scheduling Order, filed on September 21, 2004, is continued from May 23, 2005 to June 23, 2005. All other terms and provisions of the Pretrial (Status) Scheduling Order remain in force and effect.

**IT IS SO ORDERED.**

DATED: June 2, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE