UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE INSURANCE CORPORATION OF NEW YORK,, | NO. CIV. S 04-1166 MCE GGH |
| Plaintiff, | |
| v. | ORDER |
| FOOD SERVICE INSURANCE MANAGERS, DWIGHT HALVORSON INSURANCE SERVICES, INC. and DWIGHT HALVORSON, | |
| Defendants. | |

----oo0oo----

Defendant Food Service Insurance Managers, Inc. ("Defendant") has submitted an ex parte application asking the Court to shorten the time for hearing its Motion for Relief from Pretrial Scheduling Order.  Defendant has filed, in addition to its application, a stipulation signed by all counsel agreeing that the motion be heard on an expedited basis.

///

///

1

1  Given that stipulation, and in light of the impending
2 deadlines in this matter as set forth in the Court's Pretrial
3 Scheduling Order, Defendant's Ex Parte Application is GRANTED.
4 The hearing on Defendant's Motion for Relief from the Pretrial
5 Scheduling Order is set for August 8, 2005 at 9:00 a.m.
6 Defendant's Motion must be filed, and notice provided to all
7 affected parties, not later than July 19, 2005.  Opposition, or a
8 statement of non-opposition, shall be submitted to the court not
9 later than July 25, 2005.  Any reply is due by August 1, 2005.
10  Pending the Court's determination of Defendant's motion, the
11 current July 22, 2005 deadline for disclosure of expert witnesses
12 is extended.  The new date for such disclosure will be determined
13 by the Court at the time it rules on Defendant's motion.
14  IT IS SO ORDERED.
15 DATED: July 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE