1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10
                            ----oo0oo----
11

12  THE INSURANCE CORPORATION OF
    NEW YORK,,
13                                     NO. CIV. S 04-1166 MCE GGH
              Plaintiff,
14
         v.                            ORDER
15
    FOOD SERVICE INSURANCE
16  MANAGERS, DWIGHT HALVORSON
    INSURANCE SERVICES, INC. and
17  DWIGHT HALVORSON,

18            Defendants.

19                          ----oo0oo----

20

21       Through the present motion, Defendant Food Service Insurance

22  Managers, Inc. ("FSIM") asks the court to modify its Pretrial

23  Scheduling Order to permit additional time for non-expert

24  discovery.  According to FSIM, discovery obtained just prior to

25  the currently set June 23, 2005 deadline revealed additional

26  claimed damages as well as the existence of additional documents

27  that had not been previously produced.

28  ///

                                  1

1  FSIM also contends that allowing additional discovery will

2  facilitate the prospects for settlement.

3       FSIM's motion is unopposed.  In its Statement of Non-

4  Opposition, Plaintiff The Insurance Corporation of New York

5  ("INSCORP") concedes that discovery undertaken just before the

6  current discovery deadline revealed documents not produced, but

7  requested, in prior discovery proceedings.  INSCORP also agrees

8  that extending the dates set forth in the existing Pretrial

9  Scheduling Order will be helpful in facilitating settlement,

10 including potential mediation of the case.

11      Given the above, and good cause having been shown, the

12 schedule set forth in the Court's Pretrial Scheduling Order will

13 be modified and FSIM's Motion is GRANTED.[1]  The non-expert

14 witness discovery deadline is extended to January 20, 2006.

15 Other pretrial deadlines, including the deadline for expert

16 witness disclosure, are also extended and will be set forth

17 within a forthcoming amended Pretrial Scheduling Order.

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

27      [1]Because oral argument would not be of material assistance,
   this matter was deemed suitable for decision without oral
28 argument.  E.D. Local Rule 78-230(h).

1   The currently scheduled trial date of February 22, 2006 is

2   vacated pending issuance of said amended Pretrial Scheduling

3   Order, as are all other pretrial dates contained within said

4   Pretrial Scheduling Order.

5        IT IS SO ORDERED.

6   DATED: August 10, 2005

7

8

9   _____

10                              MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28