UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE CORPORATION OF NEW YORK,<br><br>      Plaintiff,<br><br>  v.<br><br>FOOD SERVICE INSURANCE MANAGERS, DWIGHT HALVORSON INSURANCE SERVICES, INC., and DWIGHT HALVORSON,<br><br>      Defendants.<br>_____/ | No. 2:04-cv-1166-MCE-GGH<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled.[1]

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before September 8, 2006.

///

///

//

---

[1] In light of the Court's Order Re: Settlement and Disposition, the August 28, 2006 Final Pretrial Conference and the October 25, 2006 Jury Trial are vacated.

1  Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4  IT IS SO ORDERED.
5 DATED: August 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE